395 A.2d 1021

Commonwealth v. Laux, Appellant.

Submitted April 10, 1978.   John J. Morgan, for appellant;   Robert F. Hawk and Richard W. Givan, Assistant District Attorneys, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.